19148. CITY OF WARM SPRINGS *v.* BULLOCH.

HEAD, Justice. 1. "The fixing of water rates, from time to time, by a municipality, is a legislative or governmental power, and one council may not, by contract or ordinance, deprive succeeding councils of this legislative or governmental power. Code § 69-202; *Horkan* v. *Moultrie,* 136

*Ga.* 561, 563 (71 S. E. 785); *Screws* v. *Atlanta,* 189 *Ga.* 839, 843 (8 S. E. 2d 16); *Barr* v. *City Council of Augusta* [206 *Ga.* 750 (2), 58 S. E. 2d 208]." *Barr* v. *City Council of Augusta,* 206 *Ga.* 753 (58 S. E. 2d 823).

2. "Where one enters with a municipal corporation into a contract which is void because opposed to the constitution and laws of this State and contrary to its settled public policy, complete performance of such contract on the part of such person will not prevent the municipal corporation from pleading its want of power or the illegality of the contract." *City Council of Dawson* v. *Dawson Water Works Co.,* 106 *Ga.* 696, 697 (32 S. E. 907). See also *Covington & Macon R. Co.* v. *Mayor &c. of Athens,* 85 *Ga.* 367 (11 S. E. 663); *City of Hogansville* v. *Farrell Heating &c. Co.,* 161 *Ga.* 780, 792 (132 S. E. 436); *Anchor Duck Mills* v. *Maddox,* 171 *Ga.* 495, 496 (156 S. E. 192); *Barwick* v. *Roberts,* 188 *Ga.* 655, 659 (4 S. E. 2d 664).

3. In *Hall* v. *Mayor &c. of Calhoun,* 140 *Ga.* 611 (79 S. E. 533), relied upon by the defendant in error, it was said that the *Hall* case was not in point on its facts with *Horkan* v. *City of Moultrie,* 136 *Ga.* 561 (71 S. E. 785), and similar cases. The *Hall* case is clearly distinguishable on its facts from the present case; but if in point, it would have to yield to older, full-bench decisions of this court.

4. The court erred in overruling the general demurrers to the petition.

*Judgment reversed. All the Justices concur.*

ARGUED NOVEMBER 14, 1955—DECIDED JANUARY 10, 1956.

*Geo. C. Kennedy,* for plaintiff in error.

*W. S. Allen,* contra.